**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

J.R.,                                          : No. 641 MAL 2014
                                               :
        Respondent            :
                                               : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court
      v.                       :
                                               :
                                               :
                                               :
L.J.M. A/K/A L.J.M.,                            :
                                               :
        Petitioner            :

**ORDER**

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.